Mr. Francisco X. Fernandez, Sr.
10 Brick Mill Circle
Middletown, Delaware 19709


Mr. Peter T. Dalleo
Clerk of the United States District Court
844 King Street, Lockbox 18
Wilmington, Delaware 19801

Re: Summonses
Civil Case 05-265 (S.L.R.)
Fernandez v. Gonzales
Pro se action



FILED
JUN 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sir, attached are two Summonses that require processing by your office. Would you be so kind as to return them to me once they are processed. I would then serve them upon the defendants within the required time frame. Thanks and God Bless.

Respectfully,

Francisco X. Fernandez, Sr.

6/15/05

F. X. Ferrara
10 Beckmill circle
M. Ockletown DE 19705

U. S. District Court
Court Clerk's O[ffice]
844 King St[reet]
Lock Box
Wilmington,