Francisco X. Fernandez
10 Brick Mill Circle
Middletown, Delaware 19709
06/30/05

Ref: Civil Case 05-265 (SLR)
*Pro se* Action
Motion for Assignment of Counsel

Dear U.S. District Court Clerk's Office;

    I am attaching a Motion for the Honorable Sue L. Robinson. I am not sure If I have to send the Motions/correspondence to the Court, through your office or not. Please forward the attached Motion to the Court on my behalf.

    If you have any questions, please feel free to contact me. God Bless!!

Respectfully,

Francisco X. Fernandez, Sr.

**FILED**
JUL - 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Mailed on 6-1-05 via USPS
By Francisco X. Fernandez Sr.