_____

Francisco X. Fernandez

        Plaintiff             Civil Case 05-265 (SLR)

      v.

Alberto Gonzales, Attorney General
Department of Justice,

        Agency

_____ June 29, 2005

**FILED**
**JUL - 5 2005**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION: PLAINTIFF'S REQUEST FOR COUNSEL

Pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e et.seq.; the Rehabilitation Act of 1973, as amended 29 U.S.C. 791, 794 (c), Plaintiff respectfully petitions the Court for assignment of counsel to assist with the pending matter before the Court. Plaintiff's Original Complaint filed with the Court, indicates the pending application to the Court for the Court's consideration in the assignment of an Attorney.

The Civil Rights violations addressed in the complaint filed by the Plaintiff are of great significance, and Civil Rights play an important part of Plaintiff's life. Filing a civil litigation against an agency of the United States Government would entail significant legal work. Plaintiff would respectfully request the Court's consideration in the assignment of counsel to assist with the legal proceedings. Plaintiff has attempted to contract counsel however, Plaintiff cannot afford the services of an attorney.

Please advise if Plaintiff would be required to appear before the Court to address this motion, provide additional information to the Court, and/or complete the required paperwork in order for the Court to consider this motion.





F. Fernandez
10 Brick Mill court
Middletown, DE 19709

Office of The Clerk
United States District Court
844 N. King Street
Lock Box 18
Wilmington, DE 19801-3570

Motion
05-265 (SLR)
Civil