Francisco X. Fernandez, Sr.
10 Brick Mill Circle
Middletown, Delaware 19709
07/05/05

Ref: Fernandez V. Gonzales
Civil Action 05-265 (SLR)

Dear U.S. District Court Clerk:

I am providing you with the following information for the Honorable Sue L.
Robinson, for scheduling purposes.  I will be out of state for the period of July 18, 2005
through August 2, 2005.  The parties will be served with the complaint, prior to my
departure.  Thanks and God Bless.



Francisco X. Fernandez, Sr.

MAILED VIA USPS on 7-5-05 By Francisco X. Fernandez



Edwards F
10 Brick Mill Circle
Middletown, De 19709

U.S. District Court
Court Clerk's Office
844 King Street
Lock Box 18
Wilmington De 19801

U.S.MS.
X-RAY

Civil Case