Francisco X. Fernandez, Sr.
10 Brick Mill Circle
Middletown, Delaware 19709
July 27, 2005



Ref: Fernandez v. Gonzales
Civil Case Number 05-265 (SLR)

Dear U.S. District Court Clerk:

    All parties have been served their summonses pursuant Rule 4 of the Federal Rules of Civil Procedure with regards to serving U.S. Agencies and/or their representatives. I am attaching copies of the U.S. Postal Service's Notice of Receipts. If you require the original forms or have any other questions, please feel free to contact me. Thanks for your assistance and God Bless.

                              Francisco X. Fernandez

Certificate of Mailing

1. On 07/28/05, Francisco X. Fernandez, Sr., mailed the return summonses served on the U.S. Attorney's Office for the District of Delaware and U.S. Attorney Roberto Gonzales, Washington, D.C. The Summonses include copies of the certified mailing receipts and return service.

CERTIFICATE OF MAILING

On 7-13-05 Francisco X. Fernandez, Sr., mailed the Summons and Complaint (DE Civil 05-265 SLR) to the following parties via U.S. Postal Service, Certified mail.

Alberto Gonzales, Attorney General
c/o Civil Process Clerk
U.S. Attorney's Office for the District of Delaware
1007 Orange Street
Suite 700
Wilmington, Delaware 19801


Francisco X. Fernandez, Sr.