AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    **DELAWARE**

Francisco X. Fernandez
V.
Alberto Gonzales
U.S. Department of Justice
In his Official capacity
Attorney General

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:     05 - 265  (S.L.R.)



TO: (Name and address of Defendant)
Alberto Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mr. Francisco X. Fernandez
10 Brick Mill Circle
Middletown, Delaware 19709

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                 6-20-05

CLERK                                                      DATE

_Elizabeth G. Wilson_
By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7-13-2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| By U.S.P.S. | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): U.S. POSTAL SERVICE CERTIFIED MAIL RETURN RECEIPT COPIES ATTACHED

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                Date                 Signature of Server

                Address of Server

SEE ATTACHED USPS DOCUMENTS

F. Fennon
7/27/05

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CERTIFICATE OF MAILING

On 07/06/05, Francisco X. Fernandez, Sr., mailed the Summons and Complaint (DE Civil 05-265 SLR) to the following parties via U.S. Postal Service, Certified mail.

Alberto Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Francisco X. Fernandez, Sr.



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Gerry Vintigne
B. Date of Delivery:
C. Signature: X Gerry Vintigne
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[Postmark: WILMINGTON DE 19801 USPS JUL 15 2005]

1. Article Addressed to:

ALBERTO GONZALES
ATTORNEY GENERAL
C/O CIVIL PROCESS CLERK
U.S. ATTORNEY'S OFFICE
1007 ORANGE ST.
SUITE 700
WILMINGTON DE 1980[1]

3. Service Type
☐ Certified Mail   ☒ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7004 2890 0001 3970 4378

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly):
B. Date of Delivery:
C. Signature: X [signature]
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

ALBERTO GONZALES
ATTORNEY GENERAL
U.S. DEPT. OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label): 7004 1350 0004 3597 1764

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

UNITED STATES POSTAL SERVICE | First-Class Mail Postage & Fees Paid USPS Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MR. FRANCISCO FERNANDEZ
10 BRICK MILL CIRCLE
MIDDLETOWN, DE 19709

UNITED STATES POSTAL SERVICE | First-Class Mail Postage & Fees Paid USPS Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MR. FRANCISCO FERNANDEZ
10 BRICK MILL CIRCLE
MIDDLETOWN
DE 19709