AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __DELAWARE__

Francisco X. Fernandez

V.

Alberto Gonzales
U.S. Department of Justice,
In his official capacity

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   0 5 - 2 6 5 (S.L.R.)

FILED
AUG - 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: (Name and address of Defendant)

Alberto Gonzales, Attorney General
c/o Civil Process Clerk
U.S. Attorney's Office for the District of Delaware
1007 Orange Street
Suite 700
Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mr. Francisco X. Fernandez
10 Brick Mill Circle
Middletown, Delaware 19709

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

6-20-05

CLERK                                    DATE

_Efabl G. Duncan_
By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 15 2005 |
| NAME OF SERVER (PRINT) U.S. Postal Service | TITLE |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Postal Service Certified Mail Return Receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date                    Signature of Server

                                 Address of Server

7-15-05
U.S.P.S.
Documents Attached

Fernandez
7-27-05

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ALBERTO GONZALES
   ATTORNEY GENERAL
   C/O CIVIL PROCESS CLERK
   U.S. ATTORNEY'S OFFICE
   1007 ORANGE ST.
   SUITE 700
   WILMINGTON DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Gerry Vintogne
B. Date of Delivery
C. Signature: X Gerry Vintogne
☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

[Postmark: WILMINGTON DE 19801 JUL 15 2005 USPS]

3. Service Type
☐ Certified Mail  ☒ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7004 2890 0001 3970 4378

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-095

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ALBERTO GONZALES
   ATTORNEY GENERAL
   U.S. DEPT. OF JUSTICE
   950 PENNSYLVANIA AVE NW
   WASHINGTON DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature: X [signature]
☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7004 1350 0004 3597 1764

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-095

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MR. FRANCISCO FERNANDEZ
10 BRICK MILL CIRCLE
MIDDLETOWN, DE 19709

03

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MR. FRANCISCO FERNANDEZ
10 BRICK MILL CIRCLE
MIDDLETOWN
DE 19709

03

