Francisco X. Fernandez, Sr.
10 Brick Mill Circle
Middletown, Delaware 19709
08/09/05

Mr. Peter T. Dalleo
U.S. District Court Clerk
844 King Street, Lockbox 18
Wilmington, Delaware 19801

Ref: Fernandez v Gonzales
Civil Action 05-265 (SLR)

Dear Mr. Dalleo:

    Would you please forward this letter to the court on my behalf.

    I have been transferred to the Miami Field Division of the Drug Enforcement Administration. I will be reporting to the Miami Field Division on or about the first week of September 2005.

    Plaintiff had previously filed a motion in order for the Court to respectfully consider the appointment of counsel. Due to my pending transfer, it would be of great assistance to the plaintiff to have counsel assigned. I am not sure if this matter could be transferred to the Southern District of Florida without causing harm to plaintiff's case. Thanks in advance for the Courts consideration.

Respectfully,

Francisco X. Fernandez

CERTIFICATE OF MAILING

On 08/09/05, Francisco X. Fernandez, Sr. mailed this letter via U.S. Postal service to the Court Clerks office, address noted above.

FILED
AUG 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

F. Fennemore
10 Brick Mill circle
Middletown, De
19709

U.S.M.S. X-RAY

Mr. Peter T. Dalleo
U.S. District Court Clerk
U.S. District Court
844 Kirk Street
Lockbox 18
W. L[...]

AUG 9 2005