Francisco X. Fernandez
10 Brick Mill Circle
Middletown, Delaware 19709
08/24/05

U.S. District Court Clerk
844 King Street, Lockbox 18
Wilmington, Delaware 19801

Mr. Richard Andrews
First Assistant
U.S. Attorney's Office
1007 Orange Street
Suite 700
Wilmington, Delaware 19801



Ref: Fernandez v. Gonzales
Civil Case 05-265 (SLR)
Change of Address

    Greetings, as all parties were aware, the Plaintiff has been transferred to the Miami Field Division. Effective this date, please forward all correspondence to the following address. I will report for duty on 09/04/05, and will receive said correspondence. Once Plaintiff settles in to the new area, a direct mailing address will be provided. I will not be receiving any mail at my previous Middletown, Delaware address. Thanks and God Bless

    S/A Francisco X. Fernandez
    c/o D.E.A. Enforcement Group 4
    8400 North West 53rd Street
    Miami, Florida 33166

Certificate of Mailing:
    This letter was mailed on 08/24/05, via U.S.P.S. to the parties referenced above.

Francisco X. Fernandez

