IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANCISCO X. FERNANDEZ, | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 05-265-SLR |
| ALBERTO GONZALES, | * | |
| UNITED STATES ATTORNEY GENERAL, | | TRIAL BY JURY REQUESTED |
| | * | |
| Defendant. | | |

...oOo...

## ENTRY OF APPEARANCE

Dear Mr. Clerk:

    Please enter the appearance of John W. Sippel, Jr., Special Assistant United States Attorney for the District of Delaware, as counsel for Alberto Gonzales, United States Attorney General, defendant herein. The United States Attorney for the District of Delaware requested and was granted a recusal from participation in the above-captioned matter. The United States Attorney for the District of Maryland was requested to assume responsibility of the above-captioned action. As indicated in the attached correspondence and appointment affidavits, undersigned counsel is an Assistant United States Attorney for the District of Maryland and, pursuant to 28 U.S.C. § 515, has been appointed as a Special Attorney to the United States Attorney General to represent the United States Government in the District of Delaware.

    As a result of his appointment as a Special Attorney to the United States Attorney General, undersigned counsel respectfully requests that he be provided with an electronic filing password so that he may electronically file pleadings and other papers with the Court. Undersigned counsel has read the Local Rules of this Court, and has reviewed both the Electronic Case Filing ("ECF") User's

Manual and Tutorials on the Court's web site. Moreover, undersigned counsel is familiar with ECF filing procedures, as he has filed successfully hundreds of pleadings within the ECF program in the District of Maryland.

                                              Respectfully submitted,

                                              Rod J. Rosenstein
                                              United States Attorney for the District of Maryland

Date: 09/07/2005                            By: _____
                                              John W. Sippel, Jr.
                                              Assistant United States Attorney
                                              36 South Charles Street
                                              Fourth Floor
                                              Baltimore, Maryland 21201
                                              (410) 209-4807
                                              (410) 962-9947 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, 2005, two copies of the foregoing Entry of Appearance was mailed, postage pre-paid, to:

                              Francisco X. Fernandez
                              c/o D.E.A. Enforcement Group 4
                              8400 North West 53rd Street
                              Miami, Florida 33166

                              _____
                              John W. Sippel, Jr.
                              Assistant United States Attorney