**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **FRANCISCO X. FERNANDEZ,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **C.A. No. 05-265-SLR** |
| **ALBERTO GONZALES,** | * | |
| **UNITED STATES ATTORNEY GENERAL,** | | **TRIAL BY JURY REQUESTED** |
| | * | |
| **Defendant.** | | |

...oOo...

**STIPULATION TO EXTEND TIME TO PLEAD**

It is hereby stipulated by and between the parties that Alberto Gonzales, United States

Attorney General, defendant herein, shall have until October 12, 2005, in which to respond to

Plaintiff's Complaint.


_____/s/_____          _____/s/_____
Francisco X. Fernandez                                         John W. Sippel, Jr.
                                                                             Special Assistant United States Attorney
Plaintiff *pro se*
                                                                             Attorney for Defendant



        SO ORDERED.



                                                                             _____
                                                                             SUE L. ROBINSON
                                                                             UNITED STATES DISTRICT JUDGE