# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **FRANCISCO X. FERNANDEZ,** | * | |
| **Plaintiff,** | * | |
| v. | * | **C.A. No. 05-265-SLR** |
| **ALBERTO GONZALES,** | * | |
| **UNITED STATES ATTORNEY GENERAL,** | | **TRIAL BY JURY REQUESTED** |
| | * | |
| **Defendant.** | | |

...oOo...

## STIPULATION TO EXTEND TIME TO PLEAD

It is hereby stipulated by and between the parties that Alberto Gonzales, United States Attorney General, defendant herein, shall have until November 11, 2005, in which to respond to Plaintiff's Complaint and Plaintiff's Motion for Change of Venue.

/s/
Francisco X. Fernandez

Plaintiff *pro se*

/s/
John W. Sippel, Jr.
Special Assistant United States Attorney

Attorney for Defendant

SO ORDERED.

SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE