IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANCISCO X. FERNANDEZ, | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 05-265-SLR |
| ALBERTO GONZALES, | * | |
| UNITED STATES ATTORNEY GENERAL, | | TRIAL BY JURY REQUESTED |
| | * | |
| Defendant. | | |

...oOo...

## ORDER

Upon consideration of Defendant's Motion to Dismiss or, in the alternative, to Transfer, and any opposition filed thereto, it is the _____ day of _____, 200__

**ORDERED** that Defendant's Motion to Dismiss or, in the alternative, to Transfer is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Motion for Change of Venue is **DENIED**; and it is further

**ORDERED** that Plaintiff's action be transferred to the United States District Court for the Eastern District of Virginia.

_____
SUE L. ROBINSON
United States District Judge