IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANCISCO X. FERNANDEZ, | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 05-265-SLR |
| ALBERTO GONZALES, | * | |
| UNITED STATES ATTORNEY GENERAL, | | TRIAL BY JURY REQUESTED |
| | * | |
| Defendant. | | |

...oOo...

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2005, two copies of the Defendant's Motion to Dismiss or, in the alternative, to Transfer and Response to Plaintiff's Motion for Change of Venue, proposed Order, and Opening Brief were mailed, postage pre-paid, to:

Francisco X. Fernandez
c/o D.E.A. Enforcement Group 4
8400 North West 53rd Street
Miami, Florida 33166

John W. Sippel, Jr.
Assistant United States Attorney