IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANCISCO X. FERNANDEZ, | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 05-265-SLR |
| ALBERTO GONZALES, | * | |
| UNITED STATES ATTORNEY GENERAL, | * | TRIAL BY JURY REQUESTED |
| Defendant. | * | |

...oOo...

## DECLARATION OF JOHN R. McCARTY

1.  I, John R. McCarty, make the following declaration in accordance with 28 U.S.C. § 1746. I am aware that this declaration may be filed in the United States District Court for the District of Delaware, and that this declaration is the legal equivalent of a statement under oath.

2.  I am currently the Special Agent in Charge ("SAC") of the Drug Enforcement Agency's ("DEA") Office of Training in Quantico, Virginia. I am familiar with Special Agent Francisco Fernandez's ("SA Fernandez") allegations of discriminatory conduct arising out of his non-selection for a GS-14 position. During the time period covering the allegations alleged in SA Fernandez's Complaint, I was the Executive Secretary of the DEA's Career Board located at 700 Army Navy Drive in Arlington, Virginia. As Executive Secretary of the DEA's Career Board, I was responsible for organizing data for GS-14/15 promotion applicants, served as the contact between DEA management and employees regarding Career Board policies and procedures, coordinated the processing of applications for the Special Agent Promotion Program ("SAPP"), and I served as a non-voting member of the Career Board.

Exhibit 1

3.   I am aware that SA Fernandez applied for a GS-14 position pursuant to vacancy announcement CMB-01-225-2. The processing of SA Fernandez's application and the selection process for vacancy announcement CMB-01-225-2 occurred through the Office of Personnel and the Career Board, both located in Arlington, Virginia. On December 5, 2001, the Career Board met to determine who would be selected for the position for vacancy announcement CMB-01-225-2. The Career Board, located in Arlington, Virginia, made the final selection decision for vacancy announcement CMB-01-225-2. Had SA Fernandez been selected for the position for vacancy announcement CMB-01-225-2, SA Fernandez would have worked in Philadelphia, Pennsylvania.

4.   DEA's headquarters are located in Arlington, Virginia. All personnel records, including SA Fernandez's personnel records, are maintained and administered in Arlington, Virginia.

I declare under penalty of perjury that the above statement is true and correct to the best of my knowledge and belief.

Executed this 5TH day of November, 2005.

_____
John R. McCarty
Special Agent in Charge
Office of Training
Drug Enforcement Administration