IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


FRANCISCO X. FERNANDEZ,

    Plaintiff


v.                                                       C.A. No.05-265-SLR


ALBERTO GONZALES
UNITED STATES ATTORNEY GENERAL

    Defendant

FILED

NOV 21 2005

DISTRICT COURT
DISTRICT OF DELAWARE

**PLAINTIFF'S REQUEST FOR AN EXTENSION TO FILE A RESPONSE TO DEFEDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER VENUE TO EASTERN DISTRICT OF VIRGINIA**


    On November 10th, 2005, attorney's Rod J. Rosenstein, US Attorney for the District of Maryland, and John W. Sippel, Jr., Assistant U.S. Attorney for said District, filed a motion to dismiss Plaintiff's claim or transfer venue to the Eastern District of Virginia. Plaintiff received the response on November 17, 2005.

    Plaintiff requests, an extension until December 17, 2005, in order to file a response to the Government's motions.


                             Respectfully,

                             Francisco X. Fernandez

Certificate of Service:

I hereby certify that on November 18th, 2005, a copy of this motion was sent to the following:

Mr. John, W. Sippel, Jr.
U.S. Attorney's Office for the District of Maryland
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201

Office of the Clerk
U.S. District Clerk
Dist. Of Delaware
Room 4209, Lockbox 18
844 King Street
Wilmington, Delaware 19801

F. Fernandez
8460 NW 53rd st
Mar. Fla 33166

FILE

Office of the Court Clerk
U.S. District Court
Room 4209, Lockbox 18
844 King street
Wilmington De 19801

1980143513