

# PHILADELPHIA FIELD DIVISION
LIBERTY BELL — FIRST AMERICA

Plaintiff Ex. 11
C-18B

Exhibit 311
C-14

2-15-02

**FAXED** 2-15-02 / 3:25 p.m.

## Dover, Delaware Post of Duty

TO: Tim Buckta

FAX: _____

FROM: Fenmore

VOICE: _____

TOTAL NUMBER OF PAGES: 3   INCLUDING COVER SHEET

MESSAGE: _____

# Memorandum 

| | |
|---|---|
| Subject<br>Comparison of Dover Post of Duty<br>Arrest Statistics for the Period of<br>Oct.2000-Jan. 2001 and Oct.2001-Jan.2002 | Date<br>February 15, 2002 |
| To<br>Gary O'Hara<br>Assistant Special Agent in Charge<br>Philadelphia Field Division | From<br>S/A Francisco X. Fernandez<br>Senior Special Agent<br>Dover Post of Duty |

Thru: Tim Bucher
Resident Agent in Charge
Wilmington Resident Office

    On February 15, 2002, S/A Francisco X. Fernandez was informed by RAC Tim Bucher that ASAC Gary O'Hara requested an explanation as to the reason why the Dover POD stats were down from ten (10) arrests to (4) arrests for the periods covering October 2000 through January 2001 and October 2001 through January 2002 respectively. Please keep in mind that S/A Fernandez reported for duty at the Dover POD in June of 2001.

    A review of the arrest log maintained by the Dover POD revealed that five (5) of the ten (10) arrests claimed for the period of Oct-Jan 2001 were as a result of the culmination of Dover POD investigations CP-97-0023 and CP-00-0031. Two (2) of the arrests were a result of the delivery of two (2) Federal Express packages to the recipients on January 27, 2001 (CP-01-0003). One of the packages contained marijuana and the other package contained cocaine. One (1) of the arrests claimed was for an assist to the U.S. Marshal's Service relative to an outstanding warrant issued by the U.S. Marshal's Service (CP-97-0031).

    From September 18, 2001 through October 08, 2001, S/A Fernandez was assigned to the Wilmington, Delaware office of the Federal Bureau of Investigation as a result of the creation of the Joint Terrorism Task Force (DOJ). During the period of time in questioned, October 2001 through January 2002, the Dover Task Force was actively involved in the Michael Tyre investigation (CP-01-0022) which involved the utilization of pen registers, surveillance and meetings with other Federal State and Local law enforcement agencies. The investigation resulted in the arrest of Michael Tyre and Earl Grimes and the seizure of USC $485, 300.00. Aside from this investigation and others conducted during this period, Dover Task Force personnel are tasked with assisting local law enforcement agencies in the execution of State of Delaware Search Warrants and any other task required of the member departments of the four (4)Task Force Officers assigned to our office and One (1) provisional Task Force member.

Admitted
CF-18
Ex 18