*Plaintiff III*      1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

PHILADELPHIA DISTRICT OFFICE

- - - - - - - - - - - - - - - -x
                             :

FRANCISCO X. FERNANDEZ,       :    EEOC Hearing No.

   Complainant,                :    170-A3-8006X

   vs.                          :

JOHN ASHCROFT, ATTORNEY       :    Agency Case No.
GENERAL, DEPARTMENT OF         :    D-02-3654
JUSTICE,                     :

   Agency                      :

- - - - - - - - - - - - - - - -x

MONDAY, JUNE 9, 2003
PHILADELPHIA, PENNSYLVANIA

- - -

      Equal Employment Opportunity Commission Hearing, taken at the Department of Drug Enforcement Administration, Philadelphia Field Division, Federal Building, 6th & Arch Streets, 10th Floor, commencing at 1:15 p.m., before Denise Weller, a Registered Professional Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

- - -

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C. 20003
(202) 546-6666

```
 1        A P P E A R A N C E S :

 2

 3            UNITED STATES DEPARTMENT OF JUSTICE
              BY:  LYNN L. GOLDSTEIN, ESQUIRE
 4                 ADELE H. ODEGARD, ESQUIRE
              Office of Chief Counsel
 5            2401 Jefferson Davis Highway
              Alexandria, VA   22301
 6            (202) 307-8040
              Attorney for the Agency
 7

 8            DRUG ENFORCEMENT ADMINISTRATION
              BY:  FRANCISCO FERNANDEZ
 9            1012 College Road
              Suite 205
10            Dover, DE   19904
              (302) 672-6383
11

12
              EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
13            PHILADELPHIA DISTRICT OFFICE
              BY:  DONNA NUTTER RODWELL
14            Administrative Judge
              The Bourse
15            21 South 5th Street
              Suite 400
16            Philadelphia, PA   19106-2515
              (215) 440-2808
17                                  -  -  -

18

19

20

21

22

23

24
```

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.   20003
(202) 546-6666

```
                                                                    3
1                           I N D E X

2

3    WITNESSES                                              PAGE
     ---------                                              ----

4

5            DAVID ZON                                       19

6            MARVIN MAILEY                                   28

7            FRANCISCO FERNANDEZ                         67, 173

8            JOHN BROWN                                      93

9            JOHN MCCARTY                                   190

10           WALTER MORRISON                                264

11                                                       - - -

12           EXHIBITS (Admitted)
             --------

13

14           Agency 1 through 13

15           Agency 16

16

17           Complainant C1-A through C-3

18           Complainant 7

19           Complainant 13 through C-15

20           Complaintant 18 through C-20

21           Complainant 22 through 24

22           Complainant 31 and C-32

23           Complainant 36

24           Complainant 40
```

1  hearing today.  And I approved you as a
2  witness in this case.
3       Do you have any objection, sir, to
4  taking an oath?
5       MR. MCCARTY:  No.
6       JUDGE RODWELL:  Raise your right
7  hand, please.
8                - - -
9       JOHN MCCARTY, after having been
10 first duly sworn, was examined and testified
11 as follows:
12               - - -
13      JUDGE RODWELL:  Thank you, sir.
14 State your name for the record and your
15 current position with the Agency.
16      THE WITNESS:  My name is John R.
17 McCarty; M-C-C-A-R-T-Y.  My title is special
18 agent.  And currently I am assigned as the
19 special agent in charge of the drug
20 enforcement administration office of
21 training located in Quantico, Virginia.
22      JUDGE RODWELL:  And how long have
23 you been in that position?
24      THE WITNESS:  Since June of 2002.

1      career board meet?
2      A.      Approximately every four to six
3      weeks.
4      Q.      And can you give me an estimate as
5      to how many items the career board went over
6      during each meeting?
7      A.      The career board was broken down.
8      The agenda, which was compiled by me at the time,
9      was broken down into four categories. One that
10     handled administrative items, people returning
11     early from tours overseas, hardships, things like
12     that to civilian promotions such as chems getting
13     the next grade level to grade 15 promotions and
14     grade promotions.
15             It was not uncommon to have a career
16     board that had between 30 and 100 items to be
17     determined on a given day.
18     Q.      Okay. And as executive secretary,
19     what did you do in preparation for a career board
20     meeting?
21     A.      We would go through the actual
22     vacancy announcements that had been announced by
23     the Agency, collate them into those four
24     categories and make sure that the best qualified

202

1  lists which were compiled by the office of
2  personnel were given to the career board and then
3  sent out to the agents in charge or the office
4  head who would be responsible for selecting
5  someone to fill those positions.
6      So what we would do is get the best
7  qualified list from--for the agent's assignment
8  unit and attach biographical data sheets which
9  would give the agent in charge an idea of who the
10 individuals were rather than just a name on a
11 list.  They would have an idea of how many--what
12 assignments a person may have, their educational
13 experience, their time on the job.  It would have
14 their enter on duty date, things of that nature
15 on it so they can get a better view of the
16 individuals applying for the particular opening.
17     We would then send this to the agent
18 in charge or office head.  They would commonly
19 send back a recommendation list, usually made up
20 of three individuals who they felt had the
21 knowledge, skills and abilities to fill the
22 particular vacancy that they had in their office.
23 Q.  So you said that it would be an
24 office head or SAC recommendation as opposed to a

1  A.      It's my understanding that, yes,
2  they are.
3  Q.      Why are they now being recorded?
4  A.      I have no idea.
5  Q.      So we have nothing on the record to
6  show documentation wise to show what was
7  discussed?  We already went over that, correct?
8  Nothing in the minutes to show what was actually
9  discussed with regard to the positions?
10         JUDGE RODWELL:  I have a question.
11 I have a question.  No, we don't, sir.  And
12 I am saying that because it's already been
13 asked and answered.
14         Mr. McCarty, I know you testified
15 that sometimes the career board--that
16 career board members don't always accept the
17 SAC's recommendation.  Is that--what is
18 it, is it more common for them to accept the
19 SAC recommendation or not?
20         THE WITNESS:  Yes, it is more common
21 for them to accept the SAC recommendation.
22 However, the career board is mandated to
23 take the Agency's as a whole needs into
24 consideration.  Thus, they may make

1  decisions as to placement of headquarter's
2  personnel or field personnel into
3  headquarters.
4          JUDGE RODWELL:  Right.
5          THE WITNESS:  That helps the career
6  development and the Agency.  The Agency
7  requires that agents sign a mobility
8  agreement and they can be reassigned at the
9  Agency's needs and desire.
10         JUDGE RODWELL:  Okay.
11         MR. FERNANDEZ:  Just two more
12 questions real quick, Your Honor.
13                  - - -
14              EXAMINATION
15                  - - -
16 BY MR. FERNANDEZ:
17 Q.     This is the--I am going to show
18 you what has been marked as Agency--in the ROI.
19 I apologize for that.  In the ROI tab 7E.  It's
20 the --
21         MS. GOLDSTEIN:  There is no 7E.
22         MR. FERNANDEZ:  F8-E.
23 BY MR. FERNANDEZ:
24 Q.     This is the outcome.  Would you