AUGUST 17, 2004

FROM: DEA-PHILADELPHIA FIELD DIVISION

TO:      DEA HQS WASHDC, OFFICE OF PERSONNEL

ATTN:  DEA HQS/ANTHONY WILLIAMS, HRRS – S/A ASSIGNMENTS

SUBJ:   APPLICATION FOR VACANCY ANNOUNCEMENT


CMB-04-229-2      CRIMINAL INVESTIGATOR/(GROUP SUPERVISOR)
                          GS-1811-14
                          DOVER, DE POST OF DUTY, PHILADELPHIA FD



          FRANCISCO (FRANK) X. FERNANDEZ
          SSN: 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
          CURRENT POD: DOVER, DELAWARE POST OF DUTY (PHILADELPHIA F.D.)
          EOD/DEA: 08/87
          EOD/DOVER: 06/01
          EOD/PHILADELPHIA F.D.: 08/98
          CURRENT GRADE: GS-1811-13/08
          DATE OF LAST PROMOTION: 03/09/92



JAMES M. KASSON
SAC


BY: BARBRA M. ROACH
       ASAC

## Mastrogiovanni, Bernadette M.

**From:** Mastrogiovanni, Bernadette M.
**Sent:** Thursday, December 02, 2004 11:18 AM
**To:** 1811 Vacancy Applications
**Subject:** FW: MemoVacanMiami GS

FORWARDING VACANCY APPLICATION FOR S/A FRANCISCO FERNANDEZ.

-----Original Message-----
**From:** Fernandez, Francisco
**Sent:** Thursday, December 02, 2004 10:57 AM
**To:** Mastrogiovanni, Bernadette M.
**Subject:** MemoVacanMiami GS

Bernadette, please forward this vacancy to HQ. It closes on 12/15/04. Thanks Frank



# Memorandum

| Subject<br>Request For Inclusion On Division Cable of Interest-<br>For the Supervisory Vacancies Noted on this Memorandum | Date<br>12/02/04 |
| --- | --- |

To
    James M. Kasson
    Special Agent in Charge
    Philadelphia Field Division

From
    Francisco X. Fernandez
    Acting Group Supervisor
    Dover Task Force

```
ru: Barbra Roach
    Asst. Special Agent in Charge
    Philadelphia Field Division


S/A Francisco X. Fernandez requests inclusion on the division cable
 interest for the following criminal investigator/supervisory
```

12/2/2004

positions:

Miami Field Division:  CMB-05-223

The vacancy close on December 15,2004


Name:              Francisco (Frank) X. Fernandez
SSN:               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
Current POD:       Dover Post of Duty (Philadelphia FD)
EOD/Phila.FD:      08/98
EOD/Dover:         06/01
EOD/DEA:           08/87
Current Grade:     GS-1811 13/08
Date of Last Promotion:  03/09/92


:  Bernadette Mastrogiovanni

FROM:  DEA – PHILADELPHIA FIELD DIVISION

TO:     DEA HQS WASHDC

ATTN:  DEA HQS/ANTHONY WILLIAMS, HPRA

SUBJ:    APPLICATION FOR VACANCY ANNOUNCEMENT

CMB-03-287-1        CRIMINAL INVESTIGATOR/(GROUP SUPERVISOR)
                    GS-1811-14
                    MIAMI FIELD DIVISION

        FRANCISCO (FRANK) X. FERNANDEZ
        SSN: 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
        CURRENT POD: DOVER, DE POST OF DUTY
        EOD/DEA: 08/87
        EOD/POD: 06/01
        CURRENT GRADE: GS-1811-13/07
        DATE OF LAST PROMOTION: 03/09/92

JAMES M. KASSON
SAC

BY: MARY IRENE COOPER
     ASAC

# Memorandum



| Subject | Date |
|---|---|
| Request For Inclusion On Division Cable of Interest-Announcement CMB-03-202-1, Criminal Investigator (Group Supervisor) Fort Lauderdale DO (Miami Field Division) | February 03, 2003 |

To
    James M. Kasson
    Special Agent in Charge
    Philadelphia Field Division

From
    S/A Francisco X. Fernandez
    Senior Special Agent
    Dover Post of Duty

Thru: Mary Irene Cooper
      Asst.Special Agent in Charge
      Philadelphia Field Division

      Robert Russillo
      Group Supervisor
      Dover Task Force

    S/A Francisco X. Fernandez requests inclusion on the division cable of interest for the criminal investigator (Group Supervisor) position, Fort Lauderdale District Office ( Miami Field Division), Vacancy Announcement CMB-03-202-1.  The vacancy closes on 02/12/03.

    Name:                  Francisco (Frank) X. Fernandez
    SSN:                   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
    Current POD:        Dover Post of Duty
    EOD/POD:            06/01
    EOD/DEA:            08/87
    Current Grade:      GS-1811 13/07
    Date of Last Promotion:  03/09/92

    On 02-03-03, G/S Robert Russillo provided verbal authorization in order to submit this memorandum through the Philadelphia Field Division chain of command.

cc:  Bernadette Mastrogiovanni

MARCH 26, 2003

FROM: DEA-PHILADELPHIA FIELD DIVISION

TO:    DEA HQS WASHDC, OFFICE OF PERSONNEL

ATTN:  DEA HQS/CHRISTOPHER BIK, HPRA

SUBJ:  APPLICATION FOR VACANCY ANNOUNCEMENT


CMB-03-244-1    CRIMINAL INVESTIGATOR/(GROUP SUPERVISOR)
                GS-1811-14
                FORT LAUDERDALE DISTRICT OFFICE
                (MIAMI FIELD DIVISION)


        FRANCISCO (FRANK) X. FERNANDEZ
        SSN: 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
        CURRENT POD: DOVER, DELAWARE POST OF DUTY
        EOD/DEA: 08/87
        EOD/POD: 06/01
        CURRENT GRADE: GS-1811-13/07
        DATE OF LAST PROMOTION: 03/09/92


JAMES M. KASSON
SAC


BY: MARY I. COOPER
    ASAC

# Memorandum



| Subject | Date |
|---|---|
| Request For Inclusion On Division Cable of Interest- Announcement CMB-04-211-1, Criminal Investigator (Group Supervisor) Miami Field Division | 04/05/04 |

To
   James M. Kasson
   Special Agent in Charge
   Philadelphia Field Division

From
   Francisco X. Fernandez
   Senior Special Agent
   Dover Task Force

Thru: Barbra Roach
     Asst. Special Agent in Charge
     Philadelphia Field Division

     Robert Russillo
     Group Supervisor
     Dover Task Force

S/A Francisco X. Fernandez requests inclusion on the division cable of interest for the criminal investigator (Group Supervisor) position, Miami Field Division(Vacancy Announcement CMB-04-211-1). The vacancy closes on 04/14/04.

| | |
|---|---|
| Name: | Francisco (Frank) X. Fernandez |
| SSN: | 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 |
| Current POD: | Dover Post of Duty (Philadelphia FD) |
| EOD/Phila.FD: | 08/98 |
| EOD/Dover: | 06/01 |
| EOD/DEA: | 08/87 |
| Current Grade: | GS-1811 13/07 |
| Date of Last Promotion: | 03/09/92 |

cc:  Bernadette Mastrogiovanni

# Memorandum



| Subject | Date |
|---|---|
| Request For Inclusion On Division Cable of Interest-Announcement CMB-04-275-1, Criminal Investigator (Group Supervisor) Miami Field Division | 07/06/04 |

To
James M. Kasson
Special Agent in Charge
Philadelphia Field Division

From
Francisco X. Fernandez
Senior Special Agent
Dover Task Force

Thru: Barbra Roach
      Asst. Special Agent in Charge
      Philadelphia Field Division

      Robert Russillo
      Group Supervisor
      Dover Task Force

    S/A Francisco X. Fernandez requests inclusion on the division cable of
interest for the criminal investigator (Group Supervisor) position, Miami
Field Division(Vacancy Announcement CMB-04-275-1). The vacancy closes on
07/16/04.

    Name:                   Francisco (Frank) X. Fernandez
    SSN:                    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
    Current POD:            Dover Post of Duty (Philadelphia FD)
    EOD/Phila.FD:           08/98
    EOD/DEA:                08/87
    Current Grade:          GS-1811 13/08
    Date of Last Promotion: 03/09/92


cc:  Bernadette Mastrogiovanni

andum



| Subject | Date |
|---|---|
| Request For Inclusion On Division Cable of Interest- For the Supervisory Vacancies Noted on this Memorandum | 10/14/04 |

To
  James M. Kasson
  Special Agent in Charge
  Philadelphia Field Division

From
  Francisco X. Fernandez
  Senior Special Agent
  Dover Task Force

Thru: Barbra Roach
      Asst. Special Agent in Charge
      Philadelphia Field Division

      Robert Russillo
      Group Supervisor
      Dover Task Force

S/A Francisco X. Fernandez requests inclusion on the division cable of interest for the following criminal investigator/supervisory position..:

Miami Field Division:  CMB-04-279-2

The vacancy close on October 15,2004

Name:                Francisco (Frank) X. Fernandez
SSN:                 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
Current POD:         Dover Post of Duty (Philadelphia FD)
EOD/Phila.FD:        08/98
EOD/Dover:           06/01
EOD/DEA:             08/87
Current Grade:       GS-1811 13/08
Date of Last Promotion:  03/09/92

cc:  Bernadette Mastrogiovanni

```
 ** COMMUNICATIONS REPORT **            AS OF   OCT 14 '04 16:46   PAGE.01


          TOTAL PAGES                        TOTAL TIME

             SEND    : 0037                    SEND    : 00°16'58"
             RECEIVE : 0021                    RECEIVE : 00°09'06"


     DATE  TIME      TO/FROM         MODE   MIN/SEC   PGS   CMD#   STATUS
 01  10/12 11:29 585+263 5870        EC--S  00'49"    002          OK
 02  10/12 11:35 1 302 322 7047      EC--S  01'42"    002          OK
 03  10/12 11:37 1 302 322 7047      EC--S  01'13"    002          OK
 04  10/12 13:40 7417087             EC--S  01'17"    002          OK
 05  10/12 13:45 4108963870          EC--R  00'17"    001   006    OK
 06  10/12 15:26 1 302 322 7047      EC--S  01'18"    003          OK
 07  10/12 16:30 3025736211          EC--S  01'48"    006          OK
 08  10/13 01:26                     EC--R  00'39"    001   007    OK
 09  10/13 09:56                     G3--R  00'32"    000          INC
 10  10/13 09:58                     EC--R  00'41"    001   011    OK
 11  10/13 10:09 2155972241          EC--S  00'57"    002          OK
 12  10/13 10:13 1 302 322 7047      EC--S  01'28"    003          OK
 13  10/13 10:39                     EC--R  00'32"    001   014    OK
 14  10/13 11:50 215-861-31990       EC--S  00'53"    002          OK
 15  10/13 12:29 302 674 2891        EC--R  00'50"    002   015    OK
 16  10/13 14:30 4108963870          EC--R  02'07"    007   016    OK
 17  10/13 18:33 1010333#-9736452317 EC--S  01'01"    002          OK
 18  10/14 09:04                     EC--R  00'22"    001   018    OK
 19  10/14 09:30 2155972241          EC--S  00'56"    002          OK
 20  10/14 10:45                     G3--R  00'33"    000          INC
 21  10/14 10:47                     EC--R  01'01"    003   019    OK
 22  10/14 11:15 1010333#-2158611124 EC--R  00'41"    002          OK
 23  10/14 12:58                     EC--R  00'32"    001   020    OK
 24  10/14 13:57 1010333#-2158611124 EC--S  00'57"    002          OK
 25  10/14 14:14                     EC--R  00'23"    001   022    OK
 26  10/14 16:29 9544891903          EC--R  00'37"    002   023    OK
 27  10/14 16:32 VERIZON WIRELESS    EC--S  00'59"    003          OK
 28  10/14 16:43 2155972241          EC--S  00'59"    002          OK — vacancy
                                                                        mshir
                                                                        m.ori
                                                                        Fox C
                                                                        snuide
                                                                        J.J
```

**Mastrogiovanni, Bernadette M.**

| | |
|---|---|
| From: | Mastrogiovanni, Bernadette M. |
| Sent: | Wednesday, June 23, 2004 1:45 PM |
| To: | 1811 Vacancy Applications |
| Subject: | VACANCY APPLICATION |

ATTACHED IS A VACANCY APPLICATION FOR:



FERNANDEZ.doc

1

JUNE 23, 2004

FROM:  DEA-PHILADELPHIA FIELD DIVISION

TO:    DEA HQS WASHDC, OFFICE OF PERSONNEL

ATTN:  DEA HQS/ANTHONY WILLIAMS, HRRS – S/A ASSIGNMENTS

SUBJ:  APPLICATION FOR VACANCY ANNOUNCEMENT


CMB-04-124V      CRIMINAL INVESTIGATOR
                 GS-1811-13
                 MIAMI FIELD DIVISON



        FRANCISCO (FRANK) X. FERNANDEZ
        SSN: 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
        CURRENT POD:  DOVER, DELAWARE POST OF DUTY (PHILADELPHIA F.D.)
        EOD/DEA:  08/87
        EOD/DOVER:  06/01
        EOD/PHILADELPHIA F.D.: 08/98
        CURRENT GRADE:  GS-1811-13/08
        DATE OF LAST PROMOTION:  03/09/92



JAMES M. KASSON
SAC


BY:  BARBRA M. ROACH
     ASAC

## Mastrogiovanni, Bernadette M.

**From:**                Mastrogiovanni, Bernadette M.
**Sent:**               Monday, May 19, 2003 10:40 AM
**To:**                  1811 Vacancy Applications
**Subject:**          VACANCY APPLICATION

Attached is a vacancy application for:



Fernandez.doc

1

FROM:  DEA – PHILADELPHIA FIELD DIVISION

TO:    DEA HQS WASHDC

ATTN:  DEA HQS/ANTHONY WILLIAMS, HPRA

SUBJ:   APPLICATION FOR VACANCY ANNOUNCEMENT


CMB-03-287-1        CRIMINAL INVESTIGATOR/(GROUP SUPERVISOR)
                    GS-1811-14
                    MIAMI FIELD DIVISION



        FRANCISCO (FRANK) X. FERNANDEZ
        SSN: 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
        CURRENT POD: DOVER, DE POST OF DUTY
        EOD/DEA: 08/87
        EOD/POD: 06/01
        CURRENT GRADE: GS-1811-13/07
        DATE OF LAST PROMOTION: 03/09/92



JAMES M. KASSON
SAC


BY:  MARY IRENE COOPER
     ASAC

## Mastrogiovanni, Bernadette M.

| | |
|---|---|
| **From:** | Mastrogiovanni, Bernadette M. |
| **Sent:** | Thursday, March 10, 2005 5:40 AM |
| **To:** | 1811 Vacancy Applications |
| **Subject:** | FW: MemoVacanMiami GS |

**Tracking:**

| Recipient | Delivery |
|---|---|
| 1811 Vacancy Applications | Delivered: 3/10/2005 5:40 AM |

FORWARDING VACANCY APPLICATION FOR S/A FRANCISCO FERNANDEZ.

-----Original Message-----
**From:** Fernandez, Francisco
**Sent:** Wednesday, March 09, 2005 4:22 AM
**To:** Mastrogiovanni, Bernadette M.
**Subject:** MemoVacanMiami GS

Bernadette, please forward this vacancy to HQ. It closes on 3/16/04. The Memo was sent to Barbra
Roach Thanks Frank

 # Memorandum

| Subject | Date |
|---|---|
| Request For Inclusion On Division Cable of Interest-<br>For the Supervisory Vacancies Noted on this Memorandum | 3/08/05 |

| To | From |
|---|---|
| James M. Kasson<br>Special Agent in Charge<br>Philadelphia Field Division | Francisco X. Fernandez<br>Acting Group Supervisor<br>Dover Task Force |

```
ru: Barbra Roach
    Asst. Special Agent in Charge
    Philadelphia Field Division
```

S/A Francisco X. Fernandez requests inclusion on the division cable
interest for the following criminal investigator/supervisory
sitions:

Fort Lauderdale DO, Miami Field Division:  CMB-05-218-1

The vacancy close on March 16, 2005


Name:                   Francisco (Frank) X. Fernandez
SSN:                    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
Current POD:            Dover Post of Duty (Philadelphia FD)
EOD/Phila.FD:           08/98
EOD/Dover:              06/01
EOD/DEA:                08/87
Current Grade:          GS-1811 13/08
Date of Last Promotion: 03/09/92


:  Bernadette Mastrogiovanni

# Memorandum



| Subject | Date |
|---|---|
| **Request** For Inclusion On Division Cable of Interest- For the Supervisory Vacancies Noted on this Memorandum | 2/07/05 |

To
James M. Kasson
Special Agent in Charge
Philadelphia Field Division

From
Francisco X. Fernandez
Acting Group Supervisor
Dover Task Force

Thru: Barbra Roach
      Asst. Special Agent in Charge
      Philadelphia Field Division

S/A Francisco X. Fernandez requests inclusion on the division cable of interest for the following criminal investigator/supervisory positions:

Miami Field Division:  CMB-05-297

The vacancy close on February 18,2005

```
Name:                   Francisco (Frank) X. Fernandez
SSN:                    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
Current POD:            Dover Post of Duty (Philadelphia FD)
EOD/Phila.FD:           08/98
EOD/Dover:              06/01
EOD/DEA:                08/87
Current Grade:          GS-1811 13/08
Date of Last Promotion: 03/09/92
```

cc:  Bernadette Mastrogiovanni

**Mastrogiovanni, Bernadette M.**

| | |
|---|---|
| **From:** | Mastrogiovanni, Bernadette M. |
| **Sent:** | Wednesday, December 29, 2004 7:47 AM |
| **To:** | 1811 Vacancy Applications |
| **Subject:** | FW: MemoVacanMiamiCMB05269 |

**Tracking:** **Recipient**                     **Delivery**

1811 Vacancy Applications Delivered: 12/29/2004 7:47 AM

BELOW IS A VACANCY ANNOUNCEMENT FOR S/A FRANCISCO FERNANDEZ.

-----Original Message-----
**From:** Fernandez, Francisco
**Sent:** Wednesday, December 29, 2004 7:40 AM
**To:** Mastrogiovanni, Bernadette M.
**Subject:** MemoVacanMiamiCMB05269

Bernadette, please submit on my behalf. Thanks and have a wonderful New Years. Frank F.

 # Memorandum

| Subject | Date |
|---|---|
| Request For Inclusion On Division Cable of Interest-Announcement CMB-05-269, Criminal Investigator (Group Supervisor) Miami Field Division | 12/29/2004 |

To
  James M. Kasson
  Special Agent in Charge
  Philadelphia Field Division

From
  Francisco X. Fernandez
  Acting Group Supervisor
  Dover Task Force

ru: Christopher Jakim
    Acting Asst. Special Agent in Charge
    Philadelphia Field Division

12/29/2004

S/A Francisco X. Fernandez requests inclusion on the division cable
 interest for the criminal investigator (Group Supervisor) position,
ami Field Division(Vacancy Announcement CMB-05-269).  The vacancy
oses on 01/05/05.

```
Name:                   Francisco (Frank) X. Fernandez
SSN:                    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
Current POD:            Dover Post of Duty (Philadelphia FD)
EOD/Phila.FD:           08/98
EOD/DEA:                08/87
Current Grade:          GS-1811 13/08
Date of Last Promotion:  03/09/92
```

:  Bernadette Mastrogiovanni

# Memorandum



| | |
|---|---|
| **Subject** | **Date** |
| Request for Inclusion on Division Cable of Interest- | January 17, 2002 |
| Announcement CMB-02-246V, Criminal Investigator | |
| (Group Supervisor) Dover, Delaware. | |

**To**
Dempsey Jones, III
Special Agent in Charge
Philadelphia Field Division

**From:**
S/A Francisco X. Fernandez
Dover Post of Duty

Thru: Gary O'Hara
Asst. Special Agent in Charge
Philadelphia Field Division

Tim Bucher
Resident Agent in Charge
Wilmington Resident Office


S/A Francisco X. Fernandez requests inclusion on the division cable of interest for the criminal investigator (Group Supervisor) position, Dover, Delaware (Philadelphia Field Division). Vacancy Announcement CMB-02-246V. The vacancy closes on 01-30-2002.

| | |
|---|---|
| Name: | Francisco (Frank) X. Fernandez |
| SSN: | 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 |
| Current POD: | Dover Post of Duty |
| EOD/POD: | 06/01 |
| EOD/DEA: | 08/87 |
| Current Grade: | GS-1811  13/07 |
| Date of Last Promotion: | 03/09/92 |


cc: Bernadette Mastrogiovanni

.andum



---

| Subject | Date |
|---|---|
| Request For Inclusion On Division Cable of Interest-Announcement CMB-02-204, Criminal Investigator (Group Supervisor) Philadelphia Field Division | 10/30/01 |

---

To
William R. Nelson
Acting Special Agent In Charge
Philadelphia Field Division

From
S/A Francisco X. Fernandez
Dover Post of Duty

Thru: Gary O'Hara
Assistant Special Agent In Charge
Philadelphia Field Division

Tim Bucher
Resident Agent In Charge
Wilmington Resident Office

S/A Francisco X. Fernandez requests inclusion on the division cable of interest for the Criminal Investigator (Group Supervisor) position, Philadelphia Field Division (Vacancy Announcement CMB-02-204). The vacancy closes on 11/09/01.

Name:                         Francisco (Frank) X. Fernandez
SSN:                          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
Current POD:                  Dover Post of Duty
EOD/POD:                      06/01
EOD/DEA:                      08/87
Current Grade:                GS-1811 13/07
Date of Last Promotion:       03/09/1992

cc: Bernadette Mastrogiovanni

Memorandum  

| Subject | | Date |
|---|---|---|
| Request For Inclusion on Division Cable of Interest-Announcement CMB-01-225-2 Criminal Investigator (Group Supervisor) Philadelphia Field Division | | 08/29/01 |

To

William R. Nelson
Acting Special Agent in Charge
Philadelphia Field Division

From

S/A Francisco X. Fernandez
Dover Post of Duty
Philadelphia Field Division

Thru: Gary O'Hara
Assistant Special Agent in Charge
Philadelphia Field Division

Thru: Tim Bucher
Resident Agent In Charge
Wilmington Resident Office

S/A Francisco X. Fernandez requests inclusion on the division cable of interest for the criminal investigator (Group Supervisor) position, Philadelphia Field Division (Vacancy Announcement CMB-01-225-2).

Name:                           Francisco (Frank) X. Fernandez
SSN:                            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
Current POD:                    Dover Post of Duty
EOD/POD:                        06/01
Current Grade:                  GS-1811-13/07
Date of Last Promotion:         March 09, 1992