1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

PHILADELPHIA DISTRICT OFFICE

- - - - - - - - - - - - - - - -x
:
FRANCISCO X. FERNANDEZ,       :   EEOC Hearing No.
                              :
    Complainant,              :   170-A3-8006X
                              :
vs.                           :
                              :
JOHN ASHCROFT, ATTORNEY       :
GENERAL, DEPARTMENT OF        :
JUSTICE,                      :   Agency Case No.
                              :   D-02-3654
    Agency.                   :
                              :
- - - - - - - - - - - - - - - -x

TUESDAY, JUNE 10, 2003
PHILADELPHIA, PENNSYLVANIA

- - -

Continuation of Equal Employment Opportunity Commission Hearing, taken at the Department of Drug Enforcement Administration, Philadelphia Field Division, Federal Building, 6th & Arch Streets, 10th floor, commencing at 9:10 a.m., before Denise Weller, a Registered Professional Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

- - -

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C. 20003
(202) 546-6666

2

1    A P P E A R A N C E S :

2

3            UNITED STATES DEPARTMENT OF JUSTICE
             BY:  LYNN L. GOLDSTEIN, ESQUIRE
4                 ADELE H. ODEGARD, ESQUIRE
             Office of Chief Counsel
5            2401 Jefferson Davis Highway
             Alexandria, VA   22301
6            (202) 307-8040
             Attorney for the Agency

7

8            DRUG ENFORCEMENT ADMINISTRATION
             BY:  FRANCISCO FERNANDEZ
9            1012 College Road
             Suite 205
10           Dover, DE   19904
             (302) 672-6383

11

12
             EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
13           PHILADELPHIA DISTRICT OFFICE
             BY:  DONNA NUTTER RODWELL
14           Administrative Judge
             The Bourse
15           Suite 400
             Philadelphia, PA   19106-2515
16           (215) 440-2808
                      -  -  -
17

18

19

20

21

22

23

24

```
 1                        I N D E X

 2

 3    WITNESSES                                          PAGE

 4

 5       DEMPSEY JONES                                     4

 6       GARY O'HARA                                      76

 7       TIMOTHY BUCHER                                  165

 8       STEVE CHURCHILL                                 241

 9       MICHELE LEONHART (via video conference)         257

10       JOSEPH KEEFE                                    283

11       JEAN MATHIS (via telephone)                     297

12       ERROL CHAVEZ                                    323

13       FELIX JIMENEZ                                   351

14                         - - -

15

16    EXHIBITS (Admitted)

17

18       Agency-15

19       Agency-18

20       Agency-19

21

22       Complainant-42, C-42A and C42B

23       Complainant-43

24
```

1    rating, Your Honor.
2        JUDGE RODWELL: Outstanding. So you
3    were aware -- you were aware that Mr.
4    Fernandez had received outstanding
5    performance ratings or you would have been
6    informed of that?
7        THE WITNESS: Yes.
8        JUDGE RODWELL: So you did not have
9    your -- you did not have or look at the
10   actual evaluation --
11       THE WITNESS: No.
12       JUDGE RODWELL: -- itself from the
13   supervisor?
14       THE WITNESS: No.
15       JUDGE RODWELL: Or go back to check
16   for each candidate. Why didn't you do that?
17       THE WITNESS: It's not a protocol.
18   It's not a procedure to do that. Because I
19   would be calling up 15 to 20 candidates
20   asking them to send me their -- a copy of
21   their performance evaluations and we have
22   never done it.
23       JUDGE RODWELL: Okay.
24   BY MR. FERNANDEZ:

1    Q.       And the system, sir, my personnel
2    file is maintained here across the hall; is that
3    correct?
4             MR. FERNANDEZ:  Did you go and look
5    at personnel files?
6             THE WITNESS:  No, ma'am.  If I did
7    that, I would be giving him preferential
8    treatment.  And that would not have been the
9    right thing to do.  Because I didn't have
10   access to the other candidates' personnel
11   file.
12            JUDGE RODWELL:  For example, the
13   candidates who were not in the Philadelphia
14   district.  Were there candidates who were
15   outside --
16            THE WITNESS:  Yes.
17            JUDGE RODWELL:  Whose personnel
18   files were not across the hall?
19            THE WITNESS:  Yes.  And I did not
20   pull there's.
21            JUDGE RODWELL:  Okay.
22            MR. FERNANDEZ:  Sir --
23            JUDGE RODWELL:  That is something,
24   Mr. Fernandez, you know, I -- you know, I

*Plaintiff V(A)*

# Fernandez, Francisco X

**From:** Mastrogiovanni, Bernadette M.
**Sent:** Friday, December 09, 2005 11:24 AM
**To:** Fernandez, Francisco X
**Subject:** RE: Personnel File

It was sent to the Administrative Support Unit along with Lou D'Ambrosio's.

-----Original Message-----
**From:** Fernandez, Francisco X
**Sent:** Friday, December 09, 2005 10:20 AM
**To:** Mastrogiovanni, Bernadette M.
**Subject:** RE: Personnel File

Bernadette do you recall who you sent it to? Need to access information. Thanks and God Bless

Frank

-----Original Message-----
**From:** Mastrogiovanni, Bernadette M.
**Sent:** Friday, December 09, 2005 9:49 AM
**To:** Fernandez, Francisco X
**Subject:** RE: Personnel File

Hi Frank,

Hope all is well. I FedExed your personnel file to Miami on September 9, 2005.

Have a wonderful holiday.

BM

-----Original Message-----
**From:** Fernandez, Francisco X
**Sent:** Thursday, December 08, 2005 3:01 PM
**To:** Mastrogiovanni, Bernadette M.
**Subject:** Personnel File

Bernadette, hope all is doing well. Quick question, my personnel file maintained at the Philadelphia Office, does it get forwarded to my new post of duty Miami FD? Frank F.