# Memorandum



| Subject | Date |
|---|---|
| Recommendations for Vacancy Announcement No. CMB-02-246 Criminal Investigator (GS) Philadelphia Division | February 10, 2002 |

To
Walter C. Morrison
Executive Secretary
to the Career Board

From
Dempsey Jones, III
Special Agent in Charge
Philadelphia Division

The following Special Agents are recommended for vacancy announcement CMB-02-246, GS-1811-14. They are listed in order of preference after consultation with the individuals identified below.

I certify that equal consideration has been given to each Special Agent appearing on the attached Best Qualified List, and equal consideration was given to the list of GS-14 Agents who are eligible for rotation into/out of Headquarters.

I certify that I have consulted with the supervising Special Agents in Charge (SAC) regarding each of these selections and have included any positive as well as negative comments regarding the selections

### RECOMMENDATION NO. 1

NAME:    Edward C. Halligan

GRADE/DATE PROMOTED:    GS-14 - 02/92

EOD:    08/03/83

CURRENT ASSIGNMENT & EOD:    DEA HEADQUARTERS (DO) - 6/23/99

PREVIOUS ASSIGNMENT:    RAC –ATLANTA DIVISION (CHARLESTON)

*Directing enforcement and/or investigative-related programs or other appropriate managerial experience in a law enforcement setting;

Deputy Chief Halligan was assigned to Headquarters (State and Local Programs Section), managing the Jetway/Pipeline Programs in June 1999. In May 2001, SA Halligan was reassigned to the position of

AGENCY EXHIBIT 7

## RECOMMENDATION #3

**NAME:** Robert V. Russillo

**GRADE/DATE PROMOTED:** GS1811/14/05
FEBRUARY, 1999

**EOD DATE:** AUGUST 30, 1982

**CURRENT ASSIGNMENT AND EOD:** NYDETF/T31
FEBRUARY, 2002

**PREVIOUS ASSIGNMENT:** GS/NYD/TECHNICAL OPS
7/2001 TO 2/2002

**\*Directing enforcement and/or investigative-related programs or other appropriate managerial experience in a law enforcement setting**

G/S Robert Russillo has been with DEA for exactly twenty years. Prior to his Federal employment, GS Russillo worked for seven years at the Pelham Police Department and attained the rank of Sergeant in 1980. Before joining the Pelham Police Department, GS Russillo worked as a teacher, utilizing his undergraduate Education degree. GS Russillo moved into law enforcement and continued his education by obtaining a Masters Degree in Criminal Justice.

GS Russillo's first assignment was to the New York Division from 1982 through 1983. He was transferred to the Detroit Division for four years where he worked primarily in task force settings, both north and west of the city with local departments, at the county and state police levels. In a joint investigation with the Internal Revenue Service and various local municipalities, GS Russillo was the case agent for a major cocaine importation organization charging the primary defendants with the Continuing Criminal Enterprise statutes for their role in both importation and the money laundering. Paramount in that investigation was the amount of money laundered within a one year period, in excess of ten million dollars, quite an exorbitant sum for a local trafficker, especially twenty years ago.

In 1987, GS Russillo was transferred to the New York Drug Enforcement Task Force and assigned to Group T93 where he immediately immersed himself in several CCE/RICO heroin investigations centered in the Harlem, NY area. As case agent, GS Russillo worked on the James Jackson-Mark Reiter case. This was the first Life Without Parole prosecution in the Southern District of New York. The average sentence for the primary defendants in this two-year investigation was fifty (50) years. Spin off cases initiated by GS Russillo included the Eugene Romero investigation (Romero was the nephew of the notorious Nicky Barnes and himself was charged and convicted of the third Life Without Parole sentence) and William Underwood, yet another CCE/RICO defendant who was sentenced to Life Without Parole. Most notable about the Underwood investigation were the international implications, where Underwood, an uneducated Harlem violator with a violent past, managed to recruit and obtain an overseas heroin connection, bypassing the usual Mafia intermediaries.

# Memorandum




*D-17*
*REVISED*

RECEIVED
CAREER BOARD

2001 NOV 33 PM 5:44

| Subject | Date |
|---|---|
| Recommendations for the Vacant GS-1811-14 Philadelphia Field Division Group Supervisor, CMB-01-225-2 | December 3, 2001 |

To
John McCarty
Executive Secretary
to the Career Board

From
Dempsey Jones III, SAC
Philadelphia Field Division

Reference is made to your memorandum dated September 26, 2001 requesting recommendations for the referenced vacancy at the Philadelphia Field Divisional Office. After careful consideration of each agent and current GS-14 that made the Best-Qualified List, I recommend the following persons in order of preference:

*no ACS.*

I recommend Special Agent David Lillo as my first choice. I based the following comments on the biographical data sheet provided by your office, my personal knowledge of SA Lillo's current job performance in the Philadelphia Field Division, Enforcement Group 2, and my discussions with his supervisor, ASAC Gary O'Hara, regarding his job performance and responsibilities.

SA Lillo has been an agent with the DEA since September 1990, having been hired in the Philadelphia Field Division. SA Lillo was transferred to the San Ysidro Resident Office in 1991 and remained in this office until 1996. In October 1996, SA Lillo acquired a voluntary transfer to the Philadelphia Field Division, Enforcement Group 2.

In accordance with current DEA policy the following criteria are addressed:

-<u>Directing enforcement and/or investigative-related programs or other appropriate managerial experience in a law enforcement setting:</u>

SA Lillo's performance regarding this area is outstanding. As the back-up supervisor of Enforcement Group 2, SA Lillo has investigated, coordinated, and directed a variety of intricate investigations with local, state, and federal law enforcement agencies. Due to the recent transfer of the Group Supervisor, SA Lillo was the Acting Group Supervisor for Enforcement Group 2 from June through September 2000. ASAC Gary O'Hara has commended SA Lillo for his performance as the back-up Group Supervisor.

-<u>Managing, motivating, mentoring, and training subordinates:</u>

SA Lillo is the back up Group Supervisor for Enforcement Group 2, and he is a Field Training Agent.

**AGENCY EXHIBIT** 1

John McCarty
December 3, 2001

SA Lillo has trained several new Special Agents assigned to the Philadelphia Field Division in an outstanding manner. In addition, as a senior Special Agent, SA Lillo routinely provides investigative guidance and instruction to lesser-experienced special agents and other assigned local law enforcement personnel. SA Lillo's leadership and initiative in the development of group cases has contributed to the enforcement effectiveness of the Philadelphia Field Division and Enforcement Group 2.

-<u>Working in a team environment of mutual cooperation and assistance:</u>

SA Lillo's performance in this area is outstanding. SA Lillo has initiated cases with the Philadelphia Police Department and other area law enforcement agencies which have proven to be sensitive and political in nature; however, SA Lillo has developed working relationships with local counterparts, which have enhanced the overall performance and success of these cases. SA Lillo works well with others and has been complimented by area law enforcement staff and executives.

-<u>Working individually, displaying appropriate initiative as necessary:</u>

SA Lillo has exhibited a high degree of ability to work on his own with minimal supervision. SA Lillo has initiated and conducted complex cases in the Philadelphia Field Division and exercises the appropriate amount of initiative to complete the assigned tasks.

-<u>Managing agency resources:</u>

SA Lillo manages appropriate agency resources in the development of criminal investigations. SA Lillo recently concluded a Title III investigation which mandated the oversight of overtime schedules and PE/PI expenditures. SA Lillo's performance in this area was exceptional.

-<u>Building and maintaining coalitions with other persons and entities, both internal and external to the agency:</u>

SA Lillo's enforcement endeavors have mandated that he build and maintain superb coalitions within DEA and associated entities. As the back-up Group Supervisor, SA Lillo has developed and maintained excellent liaison with area local, state, and federal law enforcement officials. As previously stated in this memorandum, SA Lillo has an outstanding reputation among associated law enforcement authorities in the area.

-<u>Acquiring or possessing technical knowledge, education, special skills, or training peculiar to or required by the position:</u>

In that SA Lillo has been assigned to Enforcement Group 2 since 1996, he has an extensive amount of experience in supervising this group. SA Lillo's current experiences as the back-up Group Supervisor for Enforcement Group 2 would make him an excellent choice for the GS position.

John McCarty
December 3, 2001

-<u>Personal characteristics, traits, or attributes which make this candidate better suited for the position under consideration:</u>

SA Lillo has the reputation of having great interpersonal skills and getting along well with state and local law enforcement agencies and personnel. These are important characteristics for a Group Supervisor. SA Lillo is considered a hard working, attentive, dedicated Special Agent who has a tremendous amount of DEA experience and appears to be perfect for the Group Supervisor position.

My second recommendation for the referenced vacancy is S/A Gary Tuggle. I based the following comments on the biographical data sheet provided by your office, a biographical data sheet provided by SA Tuggle and my discussions with his current SAC Rogelio Guevara, regarding his job performance and responsibilities.

S/A Tuggle has been an agent since 1992 having been hired in the Washington Field Division, Baltimore District Office. SA Tuggle was transferred to the Fort Lauderdale District Office in 1992 and was subsequently reassigned to the Bridgetown Country Office in 1995. SA Tuggle remains in the Bridgetown C.O. and serves as the back-up supervisor. In accordance with current DEA policy the following criteria are addressed:

-<u>Directing enforcement and/or investigative-related programs or other appropriate managerial experience in a law enforcement setting:</u>

After spending six (6) years with the Baltimore City Police Department serving in the following units: DEA Task Force, Homicide, SWAT Team, and Special Operations; S/A Tuggle served as a Special Agent, for one (1) year, with the Bureau of Alcohol, Tobacco and Firearms. S/A Tuggle joined DEA in 1992 and was assigned to the Baltimore District Office after graduating #1 in his Basic Agent Class (BA-88). He subsequently transferred to the Ft. Lauderdale District Office where he worked a number of complex international drug investigations until June of 1995 when he was transferred to the Bridgetown Barbados Country Office. Currently, S/A Tuggle serves as the Asst. Country Attaché' for a seven country area of responsibility.

- <u>Managing, motivating, mentoring, and training subordinates:</u>

As a collateral duty, S/A Tuggle has served as the Training Coordinator for the Bridgetown CO. This responsibility included determining training needs for drug law enforcement personnel of seven (7) countries and the coordination of resources to provide this training. Utilizing U.S. State Department funding, S/A Tuggle developed a regional training curriculum that integrated DEA and DOD training elements in an attempt to standardize Counter Drug Training in the Eastern Caribbean.

-<u>Working in a team environment of mutual cooperation and assistance:</u>

S/A Tuggle served as the Regional JICC Coordinator, DEA/CIA Linear coordinator, DOD Liaison, Marijuana Eradication Coordinator, and Senior SIU Advisor. In carrying out these collateral duties

4

John McCarty
December 3, 2001

S/A Tuggle has consistently demonstrated an ability to effectively coordinate enforcement efforts within DEA and at the interagency level.

-Working individually, displaying appropriate initiative as necessary:

In response to the increased Narco threat in the Eastern Caribbean, S/A Tuggle developed a regional Vetted Unit/SIU involving the seven countries in the BCO's area of responsibility. After receiving approval for the unit through the Caribbean Field Division and the Office of International Operations it was determined that no DEA funds existed to start the unit. S/A Tuggle sought and received a commitment from the U.S. State Department to provide approximately $500,000 in interim funding for the unit. Additionally, S/A Tuggle developed operation "FLOP-HOUSE", an undercover safe haven operation, which targets DTOs operating in and through the Eastern Caribbean. As a case agent, S/A Tuggle is known as an aggressive self-starter who seeks opportunities to expand investigations. An example of this is documented in BCO investigation KJ-96-0001, GEC1F, Arthur SHARPE et al. As a direct result of S/A Tuggle's initiative in this investigation two of the primary targets were tried and sentenced to life terms in the U.S. While two remaining targets were placed on President Bush's Drug Kingpin List, both are pending extradition from the island nation of St. Kitts to the U.S.

-Managing agency resources:

As the BCO's training coordinator, S/A Tuggle was responsible for obtaining and applying hundreds of thousands of dollars in training and equipment funds from the U.S. State Department for host nation personnel. As the Asst. Country Attaché' S/A Tuggle effectively supervised agent and support personnel in the absence of the Country Attaché'.

-Building and maintaining coalitions with other persons and entities, both internal and external to the agency:

S/A Tuggle has fostered outstanding relationships internally by consistently demonstrating initiative and a dedicated work ethic. S/A Tuggle has provided briefings on sensitive issues to DEA upper management, White House National Security Staff, Congressional Delegations, the U.S. State Department, Prime Ministers and other government officials from host nations within the BCO's AOR. These briefings are well prepared and factual. S/A Tuggle represents the highest standards of DEA.

-Acquiring or possessing technical knowledge, education, special skills, or training peculiar to or required by the position:

S/A Tuggle has been certified by DEA as an instructor and attended Asset Forfeiture Training #46. S/A Tuggle took the initiative to acquire additional training in the area of Surveillance Detection.

5

John McCarty
December 3, 2001

-Personal characteristics, traits, or attributes that make him/her better suited for the position under consideration:

>   In addition to S/A Tuggle's work ethic, his ability to be team player has been consistently demonstrated. He has extensive knowledge in the area of enforcement operations, both domestically and overseas. He has a demonstrated ability to manage enforcement personnel and programs. His breadth of tactical and investigative experience makes him an ideal candidate for this position.

>   My third recommendation for the referenced vacancy is SA John Dalesandro. I base my recommendations and the following comments on the biographical data sheet provided by your office, the personnel biographical data sheet provided by SA Dalesandro and the recommendation of Assistant Special Agent in Charge John Albano, Phoenix Field Division.

>   SA Dalesandro has been a Special Agent with the DEA since 1991, having been hired in the Newark Field Division. SA Dalesandro was assigned to the Atlantic City Resident Office in May 1991 and remained in the Atlantic City R.O. until April 1997. In April 1997, SA Delesandro was reassigned to the Yuma Resident Office. In accordance with current DEA policy the following criteria are addressed:

-Directing enforcement and/or investigative-related programs or other appropriate managerial experience in a law enforcement setting:

>   As a senior Special Agent assigned to the Yuma R.O., SA Dalesandro routinely coordinates, manages and directs daily enforcement, liaison, and administrative actions. SA Dalesandro acts as the ARAC in the absence of the RAC. According to ASAC Albano, SA Dalesandro performs these duties and responsibilities in a superb manner. SA Dalesandro is considered to be very competent about his assigned criminal investigations and area of responsibility.

-Managing motivating mentoring and training subordinates:

>   SA Dalesandro is a Field Training Agent. ASAC Albano stated that SA Dalesandro's performance as a FTA is outstanding. According to ASAC Albano, the Yuma R.O. is comprised of several Task Force Officers who receive daily guidance and direction from SA Dalesandro.

-Working in a team environment of mutual cooperation and assistance:

>   SA Dalesandro interacts well with associated local, state, and federal agencies. ASAC Albano commended SA Dalesandro for his liaison and cooperation with other agencies in support of the DEA mission.

-Working individually, displaying appropriate initiative as necessary:

>   According to ASAC Albano, SA Dalesandro excels in this area. SA Dalesandro routinely addresses administrative, enforcement, and related matters, which develop in the Yuma R.O. in an outstanding

6

John McCarty
December 3, 2001

manner. SA Dalesandro has consistently demonstrated the ability to work without direct supervision in an efficient and effective fashion. SA Dalesandro has received superb evaluations for the last three rating periods.

-<u>Managing agency resources:</u>

SA Dalesandro is the OCDETF Coordinator and ARAC for the Yuma R.O. In this capacity, SA Dalesandro has developed a keen knowledge regarding the proper utilization of DEA resources and assets.

-<u>Building and maintaining coalitions with other persons and entities, both internal and external to the agency:</u>

According to ASAC Albano, SA Dalesandro has an outstanding relationship with area law enforcement agencies. SA Dalesandro consistently demonstrates outstanding professionalism and dedication, both internally and externally, in the management of his cases and associated duties.

-<u>Acquiring or possessing technical knowledge, education, special skills, or training peculiar to or required by the position:</u>

As with the other candidates recommended for this position, SA Dalesandro also possesses a vast amount of experience and training which would be beneficial to the Philadelphia Field Division. SA Dalesandro is a seasoned Special Agent who has demonstrated the ability to investigate complex cases and manage, coordinate, and oversee significant issues which develop in the Yuma R.O. SA Dalesandro has completed numerous training courses and received several awards for his contributions in significant enforcement actions while employed as a DEA Special Agent.

-<u>Personal characteristics, traits, or attributes which make this candidate better suited for the position under consideration:</u>

SA Dalesandro brings superb experience to this position. SA Dalesandro's previous assignments, training, education, and knowledge of DEA elements would make him an outstanding selection for the Group Supervisor position.

Should you have any questions or require additional information regarding this matter, please contact me at 215-861-3437.