

Minutes
December 5, 2001

On Wednesday, December 5, 2001, a Career Board Meeting was held in the Career Board Office at 9:00am. In attendance were Acting AD and Chairman of the Career Board John B. Brown, III; SC William Simpkins; HC Jean D. Mathis; OC Joseph Keefe; SAC John Andrejko, Atlanta; SAC Michele Leonhart, Los Angeles; SAC Joseph Corcoran, St. Louis; Rotating SAC Member Errol Chavez; San Diego; EEO Officer Barbara Lewis; CB Executive Secretary John R. McCarty and CB Debbie Stawicki. Also in attendance via a telephone conference call were NC Steve Casteel; and IG George Cazenavette.

17. Special Agent David Lillo, Philadelphia Division, was promoted to the GS1811-14 position of GS Philadelphia Division (CMB01-225-2) Vice: Stephen Marchini. SA Lillo was one of SAC Jones recommendations for this position.

39. Staff Coordinator Johnny Fisher, Headquarters DO, was selected for the GS1811-14 position of GS Philadelphia Division (CMB02-204) Vice: E. Highland. SC Fisher was one of SAC Jones' recommendations for this position.

The Career Board Meeting ended at approximately 3:45pm.

AGENCY EXHIBIT 8

Minutes
December 5, 2001

On Wednesday, December 5, 2001, a Career Board Meeting was held in the Career Board Office at 9:00am. In attendance were Acting AD and Chairman of the Career Board John B. Brown, III; SC William Simpkins; HC Jean D. Mathis; OC Joseph Keefe; SAC John Andrejko, Atlanta; SAC Michele Leonhart, Los Angeles; SAC Joseph Corcoran, St. Louis; Rotating SAC Member Errol Chavez; San Diego; EEO Officer Barbara Lewis; CB Executive Secretary John R. McCarty and CB Debbie Stawicki. Also in attendance via a telephone conference call were NC Steve Casteel; and IG George Cazenavette.

MINUTES

CAREER BOARD MEETING
March 19, 2002
1:10PM

On Tuesday, March 19, 2002, a Career Board Meeting was held in the Career Board Offices at 1:10pm. In attendance were Acting Deputy Administrator and Chairman of the Board John B. Brown, III; HC Jean D. Mathis; SC William Simpkins; OC Joseph Keefe; IG George Cazenavette; SAC Michele Leonhart, Los Angeles; SAC Joseph Corcoran, St. Louis; SAC John Andrejko, Atlanta; and CB Walter C. Morrison and Debbie Stawicki. NC Casteel was out of the country and could not attend this meeting. Additionally, EEO Officer Lewis was ill and did not attend the meeting.

6. At the request of IG Cazenavette, the Board discussed the reassignment of Inspector Fernando A. Felicino, OPR Southeast Field Office. The Board recommended and reassigned him to the GS1811-14 position of GS New York Division, Vice: Bullard.

AGENCY EXHIBIT 12

17. GS Robert V. Russilo, New York Division, was selected for the GS1811-14 position of GS Dover, Delaware POD (CMB02-246V). GS Russilo was one of SAC Jones recommendations for this new position.

