# Fernandez, Francisco

**From:** Fernandez, Francisco
**Sent:** Wednesday, August 06, 2003 4:35 PM
**To:** Green, Monique
**Subject:** EEO Complaint

Monique: Pursuant to our T/Con on 07-30-2003, I would like to initiate the following EEO Complaint process Re:Discrimination based on National Origin, Hispanic.

S/A Francisco X. Fernandez applied for a Supervisory Vacancy Announcement CMB-03-287-1 (Miami Field Division GS 1811-14) as attested to by the Philaldelphia FD Vacancy Submission dated 05-19-2003.

On June 24, 2003, the Career Board (CB) met and selected the referenced Vacancy Announcement. S/A Fernandez was on annual leave until 07-14-2003 when he was informed of the CB selection. The individual selected was a non-Hispanic with less qualifications/seniority than S/A Fernandez. Certain CB members, and the current CB executive secretary, were aware of the fact that S/A Fernandez had previously filed EEO based discrimination complaints based on selections of non-Hispanics with less qualifications than that of S/A Fernandez. It is evident once again, that the discriminatory practices continue.

S/A Fernandez is unaware of who the recommending officials or deciding officials were during the recommendation/approval process of the referenced vacancy announcement therefore, at this point in time, the names of those DEA officials will not be known until they are provided by DEA HQ, CB through the appropriate documentation i.e.... Division's Recommendation Memorandum, List of CB members who voted on the selectee etc.

Start the process.

Keep me posted.

Frank

08-06-03

1

## Fernandez, Francisco

| | |
|---|---|
| **From:** | Green, Monique |
| **Sent:** | Monday, August 11, 2003 3:10 PM |
| **To:** | Fernandez, Francisco |
| **Subject:** | RE: Follow-up to EEO Complaint |

I did and I'll give you a call as soon as possible.

***Monique L. Green***
***Budget Technician***
***Philadelphia Field Division***
***(215) 861-3271***
***(215) 861-3199 (fax)***

-----Original Message-----
**From:** Fernandez, Francisco
**Sent:** Monday, August 11, 2003 3:10 PM
**To:** Green, Monique
**Subject:** Follow-up to EEO Complaint

Monique: Just making sure that you received the email containing the EEO complaint facts. Thanks Frank

302-218-5330

1