# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S.COURTHOUSE
WILMINGTON, DELAWARE 19801

April 5, 2006

VIA UPS DELIVERY
Elizabeth Paret, Clerk of Court
United States District Court
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re:   *Delaware Civil Case 1:05-265-SLR; Francisco X. Fernandez v. Alberto Gonzales, United States Attorney General*

Dear Clerk Paret:

In accordance with the Memorandum Order issued by Chief Judge Sue L. Robinson, United States District Judge for the District of Delaware on this date, I am transferring Delaware Civil Case No. 1:05-265-SLR to the Eastern District of Virginia. Enclosed are certified copies this court's Memorandum Order and docket sheet for the above referenced case.

This court began electronic filing as of March 1, 2005 thus all docket items filed as of that date and later are available electronically on CM/ECF.

Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to me in the enclosed, self-addressed, envelope.

Sincerely,

Peter T. Dalleo, Clerk

By: *[signature]*
Deputy Clerk

Enclosures
cc:   The Honorable Sue L. Robinson
      F. Fernandez